**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JORFRANK ALEXANDER LUGO-SOLET, | ) |
| | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. 4:26-cv-00293-UNA |
| | ) |
| KRISTI NOEM, *et al* | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Respondents. | ) |

## ORDER

The above styled and numbered case was opened on February  26, 2026, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Zachary M. Bluestone, United States District Judge, under cause number 1:26-cv-00052-ZMB.

**IT IS FURTHER ORDERED** that cause number 4:26-cv-00293 UNA be administratively closed.

NATHAN M. GRAVES
CLERK OF COURT

Dated: <u>February 26, 2026</u>                    By: /s/ *Jason W. Dockery*
                                                Case Initiation Team Supervisor

**In all future documents filed with the Court, please use the following case number 1:26-cv-00052 ZMB.**